**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Jeffrey C. O'Neil</u>

    v.                                Civil No. 08-cv-396-SM

<u>Hillsborough County Department
of Corrections, Superintendent, et al</u>

**O R D E R**

An evidentiary hearing on plaintiff's preliminary injunction request will be heard on March 3, 2009, at 9:30 a.m. Defendant O'Mara is ordered to produce plaintiff's medical file at the hearing. The Clerk is directed to order transport of plaintiff.

**SO ORDERED.**

                                          _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: February 23, 2009

cc:   Jeffrey O'Neil, *pro se*