UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey C. O'Neil, Sr.

        v.                                  Case No. 08-cv-396-SM

James O'Mara, Superintendent,
Hillsborough County House of Corrections

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 3, 2009, no objection having been filed, for the reasons set forth therein.   Plaintiff's Motion for Injunctive Relief and Punitive Damages is denied without prejudice as to the request for injunctive relief.

    SO ORDERED.

March  27,  2009

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Jeffrey C. O'Neil, Sr., pro se
        John Curran, Esq.